UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:07-PO-36 |
| V. ) | (SHIRLEY) |
| ) | |
| ADAM E. REAGAN ) | |

## AMENDED JUDGMENT

This matter came before the undersigned on August 10, 2007, for a status hearing. Robert Simpson, Assistant United States Attorney, was present representing the government and Allison Dobbs was present representing the defendant. The defendant was also present.

The defendant was given a Citation in the Great Smokey Mountains National Park for Driving Under the Influence on July 7, 2006. The Court entered a Judgment on June 13, 2007 in which the defendant was placed on probation for three months, and was to continue and complete the inpatient alcohol and/or drug program which he was currently in for 28 days and was to provide his probation officer with a copy of his Certificate of Completion. The defendant was also given a $1,500.00 fine, $25.00 Processing Fee, and a $10.00 Special Assessment.

It is therefore **ORDERED** that the defendant's probationary period is extended for six months from today's date to expire on February 10, 2008. As a additional condition of his probation, the defendant is to obey the rules and regulations of the English Mountain

Recovery Program. A status hearing is scheduled for **Tuesday, November 27, 2007,** at **10:00 a.m.**, at which time the Court will address when the fine, processing fee and special assessment shall be paid.

**IT IS SO ORDERED.**

ENTER:


    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge